NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————————

**ADJUSTACAM, LLC,**

*Plaintiff-Appellant,*

v.

**NEWEGG, INC., NEWEGG.COM, INC. and
ROSEWILL, INC.,**

*Defendants-Cross Appellants,*

**and**

**SAKAR INTERNATIONAL, INC.,**

*Defendant-Cross Appellant.*

———————————————

13-1665, -1666, -1667

———————————————

Appeal from the United States District Court for the
Eastern District of Texas in No. 10-CV-0329, United
States District Judge Leonard Davis.

———————————————

**O R D E R**

On consideration of the notice of appeal filed on September 17, 2013, a motion of the type enumerated in Fed. R. App. P. 4(a)(4) has been filed in the United States District Court for the Eastern District of Texas rendering the notice of appeal ineffective, it is

ORDERED that the appeal be, and it hereby is, DEACTIVATED.

The appeal will be reactivated upon entry of the order disposing of the last such outstanding motion.

FOR THE COURT

October 2, 2013              /s/ Daniel E. O'Toole
                            Daniel E. O'Toole
                            Clerk

cc: Clerk's Office, United States District Court for the Eastern District of Texas
John J. Edmonds
Dana M. Herberholz
Shea Neal Palavan
Edward R. Reines
Stephen F. Schlather
Ezra Sutton