NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ADJUSTACAM, LLC,**
*Plaintiff-Appellant,*

v.

**NEWEGG, INC., NEWEGG.COM, INC. and ROSEWILL, INC.,**
*Defendants-Cross Appellants,*

and

**SAKAR INTERNATIONAL, INC.,**
*Defendant-Cross Appellant.*

---

13-1665, -1666, -1667

---

Appeals from the United States District Court for the Eastern District of Texas in No. 10-CV-0329, Chief Judge Leonard Davis.

---

### **O R D E R**

The order disposing of the last motion subject to Fed. R. App. P. 4(a)(4) having been filed in the United States District Court for the Eastern District of Texas, it is hereby,

ORDERED that the appeal be, and the same hereby is, REACTIVATED effective June 10, 2014. The appellant's brief is due on August 11, 2014.

                        FOR THE COURT

June 10, 2014              /s/ Daniel E. O'Toole
                                Daniel E. O'Toole
                                Clerk of Court

cc: Clerk's Office, United States District Court for the Eastern District of Texas
John J. Edmonds
Dana M. Herberholz
Shea Neal Palavan
Edward R. Reines
Stephen F. Schlather
Ezra Sutton