# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

13-1665 - Adjustacam, LLC v. Newegg, Inc.

Confidential and Non-Confidential Reply Brief(s)

## ORDER

The foregoing, having been received and examined is not in compliance with the rules of this court and is therefore rejected for filing at this time.

A corrected brief or appendix must be filed within 14 days from the date of this order or there could be adverse consequences. **Please read this letter carefully as some of the items may not apply to your appeal.**

- If the submission is rejected due to the principal attorney not filing an **Entry of Appearance and/or Docketing Statement**, you do not need to comply with the below mentioned items. Promptly submit the required form(s) [form(s) can be obtained on the court's website www.cafc.uscourts.gov]. Once the entry of appearance and/or docketing statement is received, your brief will be accepted for filing.
- If the submission is rejected for being **out of time**, you do not need to comply with the below mentioned items. Leave of court, requested by motion, to file the submission out of time is required.

The deficiencies are set forth in the attached listing. <u>The following shall apply when making corrections</u>:

1. Counsel may elect to make corrections to the rejected version held in the Clerk's Office, or file a new, corrected brief. *(Applies to briefs filed in paper format only.)*
2. To make corrections to the copies held in the Clerk's Office. Corrections must only be made by counsel of record or by designee. Briefs cannot leave the Clerk's Office. (See Practice Note 32) *(Applies to briefs filed in paper format only.)*
3. Inserts cannot extend beyond the original pages and cannot be left loose in the brief. *(Applies to briefs filed in paper format only.)*
4. The corrected brief must have the word "CORRECTED" on the cover.
5. The corrected version must be served on all counsel.
6. The corrected version must be accompanied by a new proof of service.
7. The deficiencies cited in this order must be the only changes made to the brief or appendix.

Calculation for the next filing starts from the mail service date of the original version, not the corrected version.

FOR THE COURT

December 03, 2014

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: Kent E. Baldauf Jr.
Daniel H. Brean
Anthony W. Brooks
Yar Roman Chaikovsky
Richard Gregory Frenkel
Mark A. Lemley
Laura Miller
Steven Moore
Edward R. Reines
Ezra Sutton

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 13-1665 - Adjustacam, LLC v. Newegg, Inc.

The Confidential and Non-Confidential Reply Brief(s) has been rejected for following reasons:

- The cover does not contain the correct title of the document. Fed. R. App. P. 32(a)(2)(E) **[Brief entries #78, 79, & 80 identify party filer as 'plaintiff-cross appellant'. Pursuant to court's official caption, Adjustacam, LLC is the 'plaintiff-*appellant*'.]**

- A party may not file more than one reply brief – the party must file a single, consolidated brief responding to multiple parties. Fed. Circuit R. 31(a)(4) **[a motion (i.e. to waive requirement, etc.) is otherwise required]**